**Rodney WRIGHT, Movant/Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. ED 101026**

Missouri Court of Appeals, Eastern District, *DIVISION TWO*.

Filed: December 9, 2014

Maleaner R. Harvey, Missouri Public Defender, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Todd T. Smith, Assistant Attorney General, PO Box 899, Jefferson City, Missouri 65109, for Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

### ORDER

PER CURIAM

Rodney Wright (Movant) appeals the motion court's denial of his Rule 24.035 amended motion for post-conviction relief without an evidentiary hearing. Movant contends that the motion court erred by denying his motion without an evidentiary hearing because his plea counsel rendered ineffective assistance by failing to explain there was a reasonable possibility that the trial court would order his sentences to run consecutively and by assuring him that the trial court would sentence him to no more than 15 years' imprisonment. Movant maintains that, but for plea counsel's ineffective performance, he would have proceeded to trial. We affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).